UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE COLLINS,<br>    Petitioner,<br><br>v.<br><br>JOHN WETZEL, *SECRETARY OF PA DEPARTMENT OF CORRECTIONS*; DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA; and ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,<br>    Respondents. | :<br>:<br>:<br>:   No. 2:14-cv-05013<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

# O R D E R

**AND NOW**, this 4th day of August, 2017, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Collins's objections, ECF No. 14, to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation, ECF No. 13, is **APPROVED and ADOPTED**;

3. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED**;

4. This case is **CLOSED**; and

5. There is no basis for the issuance of a certificate of appealability.

                              BY THE COURT:

                              */s/ Joseph F. Leeson, Jr.*
                              JOSEPH F. LEESON, JR.
                              United States District Judge